UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSAN DECUYPER, | § § | |
| Plaintiff, | § § | Case No. 3:13-cv-00850 |
| v. | § § | District Judge Todd J. Campbell |
| | § | ~ Magistrate Judge John S. Bryant |
| AMY CORS FLINN, ROBERT DAVID NEBEL, and JOY POLLOCK NEBEL, | § § § | |
| Defendants. | § § | |
| _____ | § | |

## RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

Plaintiff responds to Defendants' Motion for Extension of Time as follows:

Plaintiff does not oppose Defendants' request for additional time to *answer* Plaintiff's complaint, filed on August 27, 2013, as Plaintiff has already agreed to Defendants' first extension request for an additional 14 days. *See* DE 12. However, Plaintiff respectfully requests that Defendants' second extension of time be limited to seven days, bringing the combined extension to 21 days, since Defendants previously represented that only one additional day to respond is necessary. *See* attached October 8, 2013, correspondence. Further, given the relative simplicity of this case as well as the time sensitive nature of the issues involved vis-à-vis Plaintiff's requests for injunctive, accounting and other legal and equitable relief Plaintiff would prefer to move this case forward as efficiently and as expeditiously as practicable. *See* DE 9.

Accordingly, Plaintiff respectfully requests that (1) any relief the Court orders regarding Defendants' Motion for Extension of Time be limited to seven additional days, with a new due date of October 15, 2013; (2) Defendants' response to the complaint be limited to an *answer only* and no other responsive pleading that would tend to further delay the prompt disposition of this case; and (3) the

Court's Notice of Setting of Initial Case Management Conference (DE 3) be amended to reflect a short ICMC continuance to accommodate Defendants' two requests for additional time.

Respectfully submitted,

By: /s/ *Scott D. Johannessen*

Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com
Web: www.sdjnet.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, the undersigned hereby certifies that on the 10th day of October 2013 he caused a true and correct copy of the following document:

RESPONSE TO DEFENDANTS' MOTION
FOR EXTENSION OF TIME

to be delivered to the following persons/entities appearing of record herein via electronic mail through the Court's ECF system:

Neil M. McIntire
Howell & Fisher, PLLC
300 James Robertson Parkway
Nashville, TN 37211


By: /s/ *Scott D. Johannessen*
     Scott D. Johannessen

**Neil McIntire** <nmcintire@howell-fisher.com>  October 8, 2013  4:22 PM
To: Scott Johannessen
RE: DeCuyper v. Flinn, et al.

Scott:

I am working to finalize our response to your complaint, but my wife just called and reported she has a flat tire. Knowing that she is no mechanic, and given my desire to continue living with her in holy matrimony, I would like very much to request permission to provide my response tomorrow so that I can go assist her. Apologies in advance for needing the extra day, but I certainly will reciprocate.

Please let me know as soon as possible either by reply email or phone call to my cell (615-482-5210) if this is acceptable. Thanks.

NM

**From:** Scott Johannessen [mailto:sdj@me.com]
**Sent:** Monday, September 23, 2013 4:45 PM
**To:** Neil McIntire
**Cc:** Scott Johannessen
**Subject:** Re: DeCuyper v. Flinn, et al.

The Stipulation looks fine, Neil. You have my permission to file it.

Thanks, and have a good evening.

Scott

Scott Johannessen
Attorney l CPA

877.863.5400 l phone
877.863.5401 l fax
scott@sdjnet.com l email
www.sdjnet.com l web


On Sep 23, 2013, at 2:32 PM, Neil McIntire <nmcintire@howell-fisher.com> wrote:

> <Johannessen 09.23.13.pdf>