UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN DECUYPER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:13-cv-00850 |
| | ) |
| AMY CORS FLINN, ROBERT DAVID | ) |
| NEBEL, and JOY POLLOCK NEBEL, | ) |
| | ) |
|    Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION FOR MEDIATION OR EARLY NEUTRAL EVALUATION

The plaintiff has moved for early or neutral evaluation or mediation in this matter. This motion has been filed even before the case management conference, and the pleading have not yet closed. As should be evident by the defendants' demonstrated need for additional time to respond to the plaintiff's complaint, this motion is premature and should be denied.

/s/ Neil M. McIntire
**Neil M. McIntire, Esq. 19830**
**HOWELL & FISHER, PLLC**
300 James Robertson Parkway
Nashville, TN 37211
nmcintire@howell-fisher.com
615-244-3370

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this the 11th day of October 2013 a true and correct copy of the foregoing has been forwarded via the court's electronic filing system to:

**Scott Johannessen, Esq.**
**LAW OFFICES OF SCOTT D. JOHANNESSEN**
3200 West End Avenue, Suite 500
Nashville, TN 37203


                                        /s/ Neil McIntire