UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN DECUYPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:13-cv-00850 |
| ) | |
| AMY CORS FLINN, ROBERT DAVID ) | |
| NEBEL, and JOY POLLOCK NEBEL, ) | |
| ) | |
| Defendants. ) | |

### RESPONSE OF AMY CORS FLINN, ROBERT DAVID NEBEL, AND JOY POLLOCK NEBEL IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF UNCONTESTED ORDER

Defendants Amy Cors Flinn, Robert David Nebel, and Joy Pollock Nebel oppose the Plaintiff's motion for entry of uncontested order. The motion is contested and the motion and proposed order misinterpret and/or misrepresent communications between counsel regarding Plaintiff's counsel's request for permission to attend tonight's annual meeting of the members of the Hampton Reserve Homeowners' Association, Inc. ("the Association"). This Court does not have jurisdiction over the Association such that it can enter an order lodged by Plaintiff granting Plaintiff's counsel permission to attend a meeting of that private organization. Permission would be more appropriately sought from counsel for the Association itself.

Although the Plaintiff's amended complaint improperly names the Association as an involuntary plaintiff, this is not an appropriate case in which to name an involuntary plaintiff at this time. Rule 19, F.R.C.P.

Respectfully submitted,

/s/ Neil M. McIntire
**Neil M. McIntire, Esq. #19860**
**HOWELL & FISHER, PLLC**
300 James Robertson Parkway
Nashville, TN 37201-1107
Ph:     615-244-3370
*Attorney for defendants,*
   *Amy Cors Flinn, Robert David Nebel,*
   *and Joy Pollock Nebel*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 18th day of November 2013 a true and correct copy of the foregoing has been forwarded via the court's electronic filing system to:

Scott Johannessen, Esq.
Law Offices of Scott D. Johannessen
3200 West End Avenue, Suite 500
Nashville, TN 37203


/s/ Neil M. McIntire