UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN DECUYPER, | |
| Plaintiff, | Case No. 3:13-cv-00850 |
| v. | District Judge Campbell/ Magistrate Judge Bryant |
| AMY FLINN, ROBERT NEBEL, JOY NEBEL, and SUE RUTA, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW plaintiff Susan DeCuyper, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby dismisses Hampton Reserve Homeowners' Association, Inc. (the "HOA") as a party herein. The HOA, an involuntary plaintiff herein, has not been served with process in this case and the HOA has not made an appearance herein. This dismissal is without prejudice to any rights or remedies at law or in equity as to the HOA, its board of directors, its agents or representatives, or any other person or entity. This dismissal is not an election to waive any right or remedy that any person or entity has not yet chosen to pursue. All such rights and remedies are expressly reserved and preserved.

Respectfully submitted,

By: /s/ *Scott D. Johannessen*

Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com

*Attorney for Plaintiff Susan DeCuyper*

## CERTIFICATE OF SERVICE

   Pursuant to Local Rule 5.01, the undersigned hereby certifies that on the 24th day of November 2013 he caused a true and correct copy of the following document:

NOTICE OF VOLUNTARY DISMISSAL

to be delivered to the following persons/entities appearing of record herein via electronic mail through the Court's ECF system:

Neil M. McIntire
Howell & Fisher, PLLC
300 James Robertson Parkway
Nashville, TN 37211

                 By:  */s/ Scott D. Johannessen*
                     Scott D. Johannessen