ORDER:
Motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN DECUYPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMY CORS FLINN, ROBERT DAVID )<br>NEBEL, JOY POLLOCK NEBEL, and )<br>SUE RUTA, )<br>)<br>Defendants. ) | Case No.: 3:13-cv-00850<br>JURY DEMAND<br>JUDGE CAMPBELL /<br>    MAGISTRATE BRYANT |

## MOTION OF AMY CORS FLINN, ROBERT DAVID NEBEL, AND JOY POLLOCK NEBEL FOR BRIEF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants Amy Cors Flinn, Robert David Nebel, and Joy Pollock Nebel move the Court for a brief extension until Wednesday, December 4, 2013 to timely file their responsive pleading to the plaintiff's recently amended complaint.

Grounds for this motion are that despite defendants' and their counsel's diligent and prompt efforts to gather necessary information to respond and to identify and develop appropriate affirmative defenses, the scope and breadth of the factual allegations and legal theories pleaded in the complaint, along with the copious documents upon which the factual allegations in the complaint are based, have required and continue to require research and review that is not yet complete. Additionally, after naming the Hampton Reserve Homeowners' Association as an involuntary plaintiff, the plaintiff just today voluntarily dismissed that entity. This will require defendants to revise their approach to their responsive pleading. The plaintiff will not be prejudiced by this brief extension.