UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Susan DeCuyper, et al., | ) |
| | ) Case No. 3:13-cv-0850 |
| Plaintiffs, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Bryant |
| | ) |
| Sue Ruta, et al., | ) |
| | ) |
| Defendants | ) |

## DENIAL OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default (Docket Entry No. 39) against Defendants Amy Flinn, Robert Nebel and Joy Nebel. The motion is denied as Defendants moved for and received an extension of time from the Court (Docket Entries 41 & 43). Defendants filed a motion to dismiss (Docket Entry No. 44) within the time frame permitted by the Court and no default is warranted.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court